IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| vs. | ) | CASE NUMBER: CR205-37-8 |
| BRIDGETTE REYNOLDS | ) | |
| Defendant | ) | |

## CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that __GLORIA A. REYNOLDS__ has deposited with the Court the sum of $ __2,500.00__ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __30TH__ day of __AUGUST__, __2005__, by Order of this Court.

SCOTT L. POFF, CLERK

By: _____
Deputy Clerk

(Rev. 9/02)